IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
UNITED STATES OF AMERICA       *
                               *
     v.                        *    CR 119-117
                               *
CHARLES EDWARD BENNETT         *
```

O R D E R

Before the Court in the captioned case is Defendant Charles Edward Bennett's motion for early termination of supervised release. Defendant has now served 16 months of his three-year term with no violations. He has maintained a stable residence and steady employment. The administered drug screens have been negative. The instant offense of conviction accounts for his only criminal history. Neither his Supervising Probation Officer nor the United States Attorney's Office oppose early termination. Accordingly, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), the motion for early termination of supervised release is **GRANTED**. Defendant Bennett is hereby discharged from supervised release upon entry of this Order.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of August, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA